NAME & ADDRESS:

**FILED**
CLERK, U.S. DISTRICT COURT
09/30/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___mal___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF(S)<br>v.<br>SI OH RHEW, et al.,<br>DEFENDANT(S) | CASE NUMBER:<br>2:20-cr-00222-MCS<br><br>**RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING** |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the _____ exhibit list are hereby being returned to counsel for the respective party(ies) **except** the following exhibit(s)

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

9-29-2025
Date

Counsel for ✓ Plaintiff   Defendant
Signature                                  Telephone Number

9/29/25
Date

Counsel for:   Plaintiff  ✓ Defendant
Signature                                  Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

9/29/2025
Date

Clerk, U.S. District Court
By STEPHEN MONTES KERR  SMK
Deputy Clerk

G-38 (06/25)   RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT JUDGMENT AT TRIAL / AFTER HEARING